JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
NEAL C. LUTTERMAN, Deputy City Attorney
State Bar No. 174681
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAGNER<br>TAMMY WAGNER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON POLICE<br>DEPARTMENT, a municipal<br>Corporation;<br>BLAIR ULRING, in his capacity<br>Of chief of police for<br>CITY OF STOCKTON;<br>MARK BERG (Stockton Police<br>Department Star #1395);<br>JEFFERY TACAZON (Stockton<br>Police Department Star #1395);<br>MICHELLE GUTHRIE (Stockton<br>Police DEPARTMENT Star #1524);<br>DOES 1-20 inclusive,<br>individually and in their<br>capacities as POLICE OFFICERS<br>For the CITY OF STOCKTON;<br><br>    Defendants. | CASE NO. 2:11-CV-02490-GEB-EFB<br><br>**STIPULATION TO EXTEND TIME TO PLEAD TO COMPLAINT AND TO ALLOW FILING OF FIRST AMENDED COMPLAINT; ORDER** |

WHEREAS, Plaintiffs Thomas Wagner and Tammy Wagner ("Plaintiffs") intend to file a First Amended Complaint to name the City of Stockton (sued erroneously herein as "City of Stockton Police Department") as a defendant in this matter; and

///

WHEREAS, Plaintiffs intend to amend the Complaint to further clarify that Blair Ulring, Chief of Police for the Stockton Police Department, will be named as a defendant in his official capacity only,

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their counsel of record, that all defendants shall have an extension of time to plead to the Amended Complaint until 21 days after service of the First Amended Complaint upon the defendants; and

THE PARTIES FURTHER STIPULATE AND AGREE that the First Amended Complaint shall be filed within 15 days from the Court's approval of this stipulation.

Dated: November 8, 2011        LAW OFFICE OF CHE L. HASHIM

                                          BY: /s/ *Che L. Hashim*
                                              CHE L. HASHIM
                                              Attorney for Plaintiffs
                                              THOMAS WAGNER and TAMMY WAGNER

Dated: November 8, 2011        JOHN M. LUEBBERKE
                                      CITY ATTORNEY

                                         BY /s/ *Neal C. Lutterman*
                                            NEAL C. LUTTERMAN
                                            DEPUTY CITY ATTORNEY

                                            Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

**Date:** **11/9/2011**

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge