```
 1  JOHN M. LUEBBERKE, City Attorney
    State Bar No. 164893
 2  NEAL C. LUTTERMAN, Deputy City Attorney
    State Bar No. 174681
 3  425 N. El Dorado Street, Second Floor
    Stockton, California 95202
 4  Telephone: (209) 937-8333
    Facsimile: (209) 937-8898
 5
    Attorneys for Defendants
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  THOMAS WAGNER                )   CASE NO. 2:11-CV-02490-GEB-EFB
    TAMMY WAGNER,                )
11                               )   STIPULATION TO EXTEND TIME
         Plaintiff,              )   TO PLEAD TO COMPLAINT AND TO
12                               )   ALLOW FILING OF FIRST AMENDED
    vs.                          )   COMPLAINT; ORDER
13                               )
    CITY OF STOCKTON POLICE      )
14  DEPARTMENT, a municipal      )
    Corporation;                 )
15  BLAIR ULRING, in his capacity)
    Of chief of police for       )
16  CITY OF STOCKTON;            )
    MARK BERG (Stockton Police   )
17  Department Star #1395);      )
    JEFFERY TACAZON (Stockton    )
18  Police Department Star #1395);)
    MICHELLE GUTHRIE (Stockton   )
19  Police DEPARTMENT Star #1524);)
    DOES 1-20 inclusive,         )
20  individually and in their    )
    capacities as POLICE OFFICERS)
21  For the CITY OF STOCKTON;    )
                                 )
22           Defendants.         )
                                 )
23  ─────────────────────────────

24       WHEREAS, Plaintiffs Thomas Wagner and Tammy Wagner

25  ("Plaintiffs") intend to file a First Amended Complaint to name

26  the City of Stockton (sued erroneously herein as "City of

27  Stockton Police Department") as a defendant in this matter; and

28  ///
```

1

STIPULATION AND ORDER

WHEREAS, Plaintiffs intend to amend the Complaint to further clarify that Blair Ulring, Chief of Police for the Stockton Police Department, will be named as a defendant in his official capacity only,

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their counsel of record, that all defendants shall have an extension of time to plead to the Amended Complaint until 21 days after service of the First Amended Complaint upon the defendants; and

THE PARTIES FURTHER STIPULATE AND AGREE that the First Amended Complaint shall be filed within 15 days from the Court's approval of this stipulation.

Dated: November 8, 2011          LAW OFFICE OF CHE L. HASHIM

                                        BY: /s/ *Che L. Hashim*
                                               CHE L. HASHIM
                                               Attorney for Plaintiffs
                                               THOMAS WAGNER and TAMMY WAGNER

Dated: November 8, 2011          JOHN M. LUEBBERKE
                                   CITY ATTORNEY

                                   BY /s/ *Neal C. Lutterman*
                                         NEAL C. LUTTERMAN
                                         DEPUTY CITY ATTORNEY

                                   Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

**Date: 11/9/2011**

                                               GARLAND E. BURRELL, JR.
                                               United States District Judge