```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

THOMAS WAGNER, TAMMY WAGNER,           )
                                       )   2:11-cv-02490-GEB-EFB
            Plaintiffs,                )
                                       )
       v.                              )
                                       )   ORDER TO SHOW CAUSE AND
                                       )   CONTINUING STATUS (PRETRIAL
CITY OF STOCKTON, a municipal          )   SCHEDULING) CONFERENCE; FED.
corporation; BLAIR ULRING, in          )   R. CIV. P. 4(M) NOTICE
his capacity of chief of               )
police for CITY OF STOCKTON;           )
MARK BERG (Stockton Police             )
Department Star #0486); JEFFERY        )
TACAZON (Stockton Police               )
Department Star #1395); MICHELLE       )
GUTHRIE (Stockton Police               )
Department Star #1524); DOES           )
1-20 inclusive, individually and       )
in their capacities as POLICE          )
OFFICERS for the CITY OF               )
STOCKTON,                              )
                                       )
            Defendants.                )
_____       )

Defendants' Status Report filed January 17, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 30, 2012, is continued to March 26, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Blair Ulring with process within the 120 day period prescribed in that Rule may result in his dismissal. To avoid dismissal, on or before January

1

1  27, 2012, Plaintiffs shall file proof of service for this defendant or
2  a filing with sufficient explanation why service was not effected within
3  Rule 4(m)'s prescribed service period.

Dated:  January 19, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```