Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiffs
THOMAS WAGNER
TAMMY WAGNER

Ted Daniel Wood (SBN 191768)
Office of the City Attorney
City of Stockton
425 North El Dorado Street
Stockton, CA 95202-1977
Tel: 209/937-8333
Fax: 209/937-8898

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAGNER<br>TAMMY WAGNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>**CITY OF STOCKTON**, a municipal corporation; **BLAIR ULRING**, in his capacity of chief of police for CITY OF STOCKTON; **MARK BERG** (Stockton Police Department Star #0486); **JEFFERY TACAZON** (Stockton Police Department Star #1395); **MICHELLE GUTHRIE** (Stockton Police Department Star #1524);<br><br>    Defendants. | Case No. 2:11-cv-02490-TLN-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO: DEFENDANTS CITY OF STOCKTON AND BLAIR ULRING** |

On July 2, 2012 a Notice of Automatic Stay pursuant to 11 U.S.C. § 362(a) was filed following the CIty of Stockton's entrance into a Chapter 9 bankruptcy proceeding (Case No 2012-32118) in the United States Bankruptcy Court for the Eastern District of California.

On April 15, 2015 this matter was stayed pending the conclusion of of the City of Stockton's bankruptcy proceeding.

On February 4, 2015, the Bankruptcy Court entered its Confirmation Order with an effective date of February 25, 2015.

Plaintiffs did not file a Proof of Claim in the Bankruptcy Court and therefore claims against the City of Stockton, and Defendant Blair Ulring were discharged pursuant to the confirmed Plan of Adjustment.

Plaintiffs have agreed to dismiss this entire action as to the City of Stockton, and Defendant Blair Ulring in exchange for an agreement by the City of Stockton to waive their right to recover litigation costs for the dismissed causes of action.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation, by and through their respective attorneys that plaintiffs' entire case shall be dismissed with prejudice as to the City of Stockton, and Defendant Blair Ulring.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation, by and through their respective attorneys that the City of Stockton, and Defendant Blair Ulring agree to waive their right to recover litigation costs for the dismissed causes of action.

Dated: April 15, 2015                                          Respectfully Submitted,

/s/ Che L. Hashim
Che L. Hashim
Attorney for Plaintiffs
THOMAS WAGNER, TAMMY WAGNER

Dated: April 15, 2015                    Respectfully Submitted,

<u>/s/Ted Daniel Wood</u>
Ted Daniel Wood
Attorney for Defendants
CITY OF STOCKTON, BLAIR ULRING

ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby orders that all of plaintiff's claims against Defendant City of Stockton, and Blair Ulring are hereby dismissed with prejudice.  The Court further orders that, by stipulation, the Defendants City of Stockton and Blair Ulring hereby waive recovery of costs of litigation as tot he dismissed claims for relief.

Dated:  April 30, 2015

_____
Troy L. Nunley
United States District Judge