UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAGNER and TAMMY WAGNER,<br><br>          Plaintiffs,<br><br>    v.<br><br>CITY OF STOCKTON POLICE DEPARTMENT, et al.,<br><br>          Defendants. | No.  2:11-cv-02490-TLN-EFB<br><br>**ORDER** |

    Each of the parties in the above-captioned case have consented to allow the assigned magistrate judge to preside over the jury trial in this case pursuant to the Joint Status Report filed on June 25, 2015. See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Edmund F. Brennan, Magistrate Judge. The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:11-cv-02490-EFB.  All currently scheduled dates presently set before Judge Nunley are hereby VACATED.

DATED: July 17, 2015

Troy L. Nunley
United States District Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED:  July 28, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2