Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiffs
THOMAS WAGNER
TAMMY WAGNER

Ted Daniel Wood (SBN 191768)
Office of the City Attorney
City of Stockton
425 North El Dorado Street
Stockton, CA 95202-1977
Tel: 209/937-8333
Fax: 209/937-8898

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAGNER<br>TAMMY WAGNER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**CITY OF STOCKTON**, a municipal corporation; **BLAIR ULRING**, in his capacity of chief of police for CITY OF STOCKTON; **MARK BERG** (Stockton Police Department Star #0486); **JEFFERY TACAZON** (Stockton Police Department Star #1395); **MICHELLE GUTHRIE** (Stockton Police Department Star #1524);<br><br>    Defendants. | Case No. 2:11-cv-02490 EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER TO EXTEND THE FACT DISCOVERY DEADLINE AND DEADLINE FOR ANY MOTION TO COMPEL DISCOVERY, EACH BY 30 DAYS.** |

On July 2, 2012 a Notice of Automatic Stay pursuant to 11 U.S.C. § 362(a) was filed following the City of Stockton's entrance into a Chapter 9 bankruptcy proceeding (Case No 2012-32118) in the United States Bankruptcy Court for the Eastern District of California.  On May 28, 2015, the state was lifted.

On July 17, 2015, this case was reassigned to the Honorable Edmund F. Brennan, Magistrate Judge.  On August 12, 2015, the court issued an amended pretrial scheduling order in this case, setting the dates currently sought continued by this stipulated request.  The parties have sought to renew discovery after some years of dormancy due to the bankruptcy stay and request a short amount of time to conclude discovery.  The requested amendments to the pretrial scheduling order will not have any effect on the remaining dates, including the October 18, 2016 trial date.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation, by and through their respective attorneys that the deadline for fact discovery, currently February 29, 2016, be extended to March 30, 2015, and that the deadline to hear bring any motion to compel discovery, currently set for February 3, 2016, to be extended to March 4, 2016.

Dated: January 13, 2016                     Respectfully Submitted,

                                            /s/ Che L. Hashim
                                            Che L. Hashim
                                            Attorney for Plaintiffs
                                            THOMAS WAGNER, TAMMY WAGNER

Dated: January 13, 2016                     Respectfully Submitted,

                                            /s/Ted Daniel Wood
                                            Ted Daniel Wood
                                            Attorney for Defendants
                                            CITY OF STOCKTON, BLAIR ULRING

## ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby orders that the deadline for fact discovery, currently February 29, 2016, be extended to March 30, 2016.  Motions to compel discovery must be heard no later than March 2, 2016.  As modified, it is so ordered.

Dated:  January 13, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE