JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
TED DANIEL WOOD, Deputy City Attorney
State Bar No. 191768
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON POLICE DEPARTMENT, BLAIR ULRING, MARK BERG, JEFFERY TACAZON, and MICHELLE GUTHRIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAGNER, TAMMY WAGNER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON POLICE DEPARTMENT, a municipal Corporation, et al., <br><br> Defendants. | Case No. 2:11-CV-02490-EFB <br><br> **STIPULATION OF COUNSEL TO EXTEND DISCOVERY DEADLINE; [PROPOSED] ORDER THEREON** <br><br> Assigned to Judge Edmund F. Brennan Dept. <br><br> Complaint Filed:  9/20/2011 <br> Trial Date: |

Due to the inability to complete discovery by March 30, 2016, as a result of unavailability of Plaintiffs' Counsel, all parties are in agreement to extending current discovery deadline date to adequately prosecute and defend this litigation.  Therefore,

///

///

///

///

///

///

///

///

///

///

**IT IS HEREBY STIPULATED** between the parties hereto, by and through their respective counsel, that the current discovery cut-off deadline and date in this matter be extended as follows:

    1.    Discovery Cutoff:    June 30, 2016

Respectfully Submitted,

Dated: April 26, 2016    LAW OFFICES OF CHE L. HASHIM

BY: _/s/ Che L. Hashim_
      CHE L. HASHIM

Attorney for Plaintiffs
THOMAS WAGNER, TAMMY WAGNER

Dated: April 26, 2016    JOHN M. LUEBBERKE
CITY ATTORNEY

BY: _/s/ Ted Daniel Wood_
      TED DANIEL WOOD

Attorneys for Defendants
CITY OF STOCKTON, et al.

## **ORDER**

It is hereby ORDERED that:

1. All discovery shall be completed by June 30, 2016. Motions to compel discovery must be heard no later than June 8, 2016.

2. All Pretrial motions, except motions to compel discovery, shall be completed on or before September 7, 2016.

3. The final pretrial conference is continued to December 7, 2016 at 10:00 a.m., in Courtroom No. 8.

/////

/////

4. The trial is continued to March 7, 2017 at 9:30 a.m., in Courtroom No. 8.

Dated: April 27, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF COUNSEL TO EXTEND DISCOVERY DEADLINE; [PROPOSED] ORDER THEREON