1  DANA A. SUNTAG, State Bar Number: 125127
2  JOSHUA J. STEVENS, State Bar Number: 238105
   HERUM\CRABTREE\SUNTAG
3  *A California Professional Corporation*
   5757 Pacific Avenue, Suite 222
4  Stockton, California 95207
   Telephone: (209) 472-7700
5  Facsimile:   (209) 472-7986
   dsuntag@herumcrabtree.com
6  jstevens@herumcrabtree.com

   Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAGNER, et al,<br><br>             Plaintiff,<br>     v.<br><br>CITY OF STOCKTON, et al.,<br><br>             Defendants. | **Case No.: 2:11-CV-02490-EFB**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

1

STIPULATION AND ORDER FOR DISMISSAL

1  IT IS STIPULATED AND AGREED, by all the remaining parties to this
2  action, through their undersigned counsel of record, that this entire action be dismissed
3  with prejudice, each party to bear his/her/its own fees and costs, including without
4  limitation attorneys' fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil
5  Procedure.

6  Dated: January 11, 2017                HERUM\CRABTREE\SUNTAG
7                                          *A California Professional Corporation*

8                                          By:   */s/ Dana A. Suntag*
                                                DANA A. SUNTAG
9                                               Attorneys for All Defendants

10  Dated: January 11, 2017               LAW OFFICES OF CHE L. HASHIM

11                                         By:   */s/ Che L. Hashim*
12                                              CHE L. HASHIM
                                                Attorneys for All Plaintiffs
13                                         O R D E R
14  IT IS SO ORDERED.
15  Dated: January 17, 2017.

16                                         _____
                                           EDMUND F. BRENNAN
17                                         UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28



2

STIPULATION AND ORDER FOR DISMISSAL